IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Katherin Alessandra Aedo Sanchez,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-00402-PHX-DWL (MTM)

**ORDER**

Petitioner challenged her immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention has exceeded the removal period and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's petition should not be granted as to her *Zadvydas* claim. (Doc. 4.) Respondents' response states:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Since the government lacks a sufficient factual basis on which to oppose the Petition at this time, the government does not oppose her request for an order of release.

(Doc. 13.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim.  Any remaining portions of the Petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus

(Doc. 1) is granted as to her *Zadvydas* claim.  The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 11th day of February, 2026.

Dominic W. Lanza
United States District Judge

- 2 -